IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEMORY TECHNOLOGIES LLC, | ) |
| Plaintiffs, | ) C.A. No. 23-353-WCB |
| v. | ) **JURY TRIAL DEMANDED** |
| PNY TECHNOLOGIES, INC., | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Amended Scheduling Order in this case (D.I. 54) is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Discovery Cutoff | September 27, 2024 | November 27, 2024 |
| Opening Expert Reports | November 5, 2024 | January 13, 2025 |
| Responsive Expert Reports | December 9, 2024 | February 18, 2025 |
| Expert Discovery Ends | January 2, 2025 | March 10, 2025 |
| Meet & Confer Regarding Case Narrowing | N/A | March 24, 2025 |
| Case Dispositive and *Daubert* Motions | February 15, 2025 | April 25, 2025 |

No other deadlines are impacted by this extension.

By: /s/ *Malisa C. Dang*
    Bindu A. Palapura (#5730)
    Malisa C. Dang
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    bpalapura@potteranderson.com
    mdang@potteranderson.com

Attorneys for Plaintiff Memory Technologies LLC

By: /s/ *Jeremy D. Anderson*
    Jeremy D. Anderson (#4515)
    FISH & RICHARDSON P.C.
    222 Delaware Ave., 17th Floor
    Wilmington, DE 19801
    (302) 652-5070
    janderson@fr.com

*Attorneys for Defendant PNY Technologies, Inc.*

Dated: September 20, 2024

**IT IS SO ORDERED**, this _____ day of _____, 2024.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE