# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEMORY TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 23-353-WCB |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| PNY TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION AND ORDER FOR DISMISSAL**

Plaintiff Memory Technologies LLC and Defendant PNY Technologies, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby stipulate, subject to the approval and order of the Court, that all claims in this action by Plaintiff be dismissed with prejudice, and all counterclaims in this action by Defendant be dismissed without prejudice as moot, with each party to bear its own costs, expenses and attorneys' fees.

| POTTER ANDERSON & CORROON LLP | FISH & RICHARDSON, P.C. |
|---|---|
| By: */s/ Bindu A. Palapura*<br>    Bindu A. Palapura (#5370)<br>    Malisa C. Dang (#7187)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    bpalapura@potteranderson.com<br>    mdang@potteranderson.com | By: */s/ Jeremy D. Anderson*<br>    Jeremy D. Anderson (#4515)<br>    Warren K. Mabey, Jr. (#5775)<br>    222 Delaware Avenue, 17th Floor<br>    P.O. Box 1114<br>    Wilmington, DE  19899<br>    Tel:  (302) 778-8452<br>    janderson@fr.com<br>    mabey@fr.com |
| *Attorneys for Plaintiff Memory Technologies LLC* | *Attorneys for Defendants PNY Technologies, Inc.* |

Dated: November 7, 2024
11868946 / 23148.00001

    SO ORDERED this 7th day of November, 2024.

_____
The Honorable William C. Bryson